

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00819-CR

**IN RE** Ross **HENDRICKS**

Original Proceeding[1]

### ORDER

On December 7, 2022, relator filed a petition for writ of mandamus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id*.; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 28, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022CR11156, styled *State of Texas v. Ross Hendricks*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.